IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* TERESA MCAREE, | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| SUNDANCE REHABILITATION | ) | 1:12-cv-4244-LMM |
| CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties filed a Stipulation of Dismissal. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

IT IS SO ORDERED, this 19ᵗʰ day of June_____, 2017.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE